**Eric Bernard SHIELDS, Appellant,**

v.

**UNITED STATES POSTAL SERVICE, Appellee.**

No. 06–2004.

United States Court of Appeals, Eighth Circuit.

Submitted: April 2, 2007.

Filed: April 6, 2007.

Eric Bernard Shields, St. Louis, MO, pro se.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Eric Bernard Shields appeals the district court's [1] dismissal of his employment-discrimination action on res judicata grounds. Upon careful review of the record, we conclude that the dismissal was proper, for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the pending motions.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.